IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>DAVID L. VETTEL,<br><br>　　　　　Defendant. | 4:21CV3099<br><br><br>**FINAL PROGRESSION ORDER (AMENDED)** |

　　　IT IS ORDERED the parties joint motion to amend the progression order (Filing No. 18) is granted. The unexpired deadlines in the final progression order (Filing No. 17) are amended as follows:

1)　　The trial and pretrial conference will not be set at this time. The telephone conference currently set for April 11, 2023 is canceled. A status conference to discuss case progression, the parties' interest in settlement, and the trial and pretrial conference settings will be held with the undersigned magistrate judge on **June 6, 2023** at **9:30 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

2)　　The deadline for filing motions to compel written discovery under Rules 33, 34, 36, and 45 is May 31, 2023.

3)　　The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is May 31, 2023.

4)　　The deadline for filing motions to dismiss and motions for summary judgment is July 14, 2023.

5)　　The deadline for filing motions to exclude testimony on *Daubert* and related

grounds is July 14, 2023.

6) Motions in limine shall be filed seven days before the pretrial conference. It is not the normal practice to hold hearings on motions in limine or to rule on them prior to the first day of trial. Counsel should plan accordingly.

7) The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

8) All other deadlines in the court's prior case progression orders are unchanged. All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge, including all requests for changes of trial dates. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 10th day of February, 2023.

BY THE COURT:

*s/ Cheryl R. Zwart*

United States Magistrate Judge