IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>DAVID L. VETTEL,<br><br>               Defendant. | 4:21CV3099<br><br>**ORDER** |

IT IS ORDERED that the United States' motion to continue trial (Filing No. 29) is granted as follows:

1) The non-jury trial of this case is set for January 9, 2024 is **continued** and will commence before Joseph F. Bataillon, Senior United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at 8:30 a.m. on January 23, 2024, or as soon thereafter as the case may be called, for a duration of two (2) trial days.

2) The Pretrial Conference scheduled for December 19, 2023 at 10:00 a.m. is **continued** to January 2, 2024 at 11:00 a.m. The conference will be conducted by internet/telephonic conferencing and the court will provide instructions to participate in the conference. The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov in Word formal by 5:00 p.m. on December 29, 2023.

Dated this 13th day of December, 2023.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge