IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.   4:21CV3099 |
| Plaintiff, | ) ) ) | **ORDER TO DESTROY** |
| vs. | ) ) ) ) | |
| DAVID L. VETTEL, | ) ) | |
| Defendant. | ) | |

Counsel for the plaintiff notified the court on June 25, 2024 that they wish the following exhibits held by the court in this matter to be destroyed.

Plaintiff's Non-Jury Trial Exhibits held on 1/23/2024

Pursuant NECivR 79.1(f) or NECrimR 55.1(g), if counsel fails to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the above-listed exhibits 14 days from the date of this order.

IT IS SO ORDERED.

DATED:   June 26, 2024

BY THE COURT

s/ **Joseph F. Bataillon**
Senior United States District Judge